**SULLIVAN GARDNER P.C.**
ATTORNEYS AT LAW
475 PARK AVENUE SO., 30TH FLOOR
NEW YORK, NEW YORK 10016

Telephone 212.687.5900                                                                Telecopier 212.687.4060

February 24, 2006

*Via Facsimile (718) 260-2417*

Hon Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States of America v. Stathakis
                  04 CR 790 (CBA)

Dear Judge Amon:

      We represent the defendant in the above-referenced action. Pursuant to the February 17, 2006 Order Setting Condition of Release and Bond filed in this case, we hereby respectfully inform the Court that appropriate confessions of judgment, in form approved by the United States Attorney, were duly filed today with the Kings and Queens County Clerks, respectively.

                                                              Most respectfully,
                                                             Sullivan Gardner P.C.

                                                             Daniel A. Graber (DG 6115)

cc: AUSA Max Minzner (Via facsimile (718) 254-8701)